IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY DONOVAN and LINDA DONOVAN,<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>    Defendant. | CIVIL ACTION<br><br>No. 17-03940 |

## ORDER

This 28th day of June, 2019, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED** and Defendant's Motion for Summary Judgment is **DENIED.**

It is further **ORDERED** and **DECREED** that Corey Donovan is entitled to recover up to $100,000 in underinsured motorist benefits under the Personal Auto Policy issued by the State Farm Mutual Automobile Insurance Company to Linda Donovan.

      /s/ Gerald Austin McHugh
      United States District Judge